**Order entered August 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00598-CR

### MICHAEL DEIONDRE BOWEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 32,465CR

## ORDER

The reporter's record was initially due June 25, 2019. When it was not filed, we notified court reporter Julie C. Vrooman that it was past due and directed her to file the record within thirty days. That same day, Ms. Vrooman filed a request for thirty additional days, which we granted, making the reporter's record due July 25, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Vrooman.

We **ORDER** the complete reporter's record filed **BY SEPTEMBER 3, 2019**. We caution Ms. Vrooman that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie C. Vrooman, official court reporter, 354th Judicial District Court; and counsel for all parties.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE